UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

JUSTIN RUSSO,
Plaintiff,

v.

DAVID LIVINGSTON, et al.,
Defendants.

Case No. 26-cv-04030-AMO (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Justin Russo filed the present self-represented prisoner complaint under 42 U.S.C. § 1983. On August 19, 2026, mail from the Court directed to Russo at his address on file was returned to the Clerk of the Court with a letter from the prison mailroom indicating that it was undeliverable because "[t]he incarcerated person is no longer in CDCR custody." Dkt. 9 at 1. To date, Russo has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding self-represented whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the self-represented party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the self-represented party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Russo by the Court was returned as undeliverable. The Court has not received a notice from Russo of a new address. Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall terminate all pending motions and

close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**